WALLACE HUNT and FLORENCE E. HUNT, Respondents, v. HENRY G. K. HEATH, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion for new trial granted, upon authority of *Lamphear* v. *MacLean* (176 App. Div. 473). Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ., concurred.

WALLACE HUNT and FLORENCE E. HUNT, Respondents, v. HENRY G. K. HEATH, Appellant, and Others, Defendants.— Judgment and order reversed, and new trial granted, costs to abide the final award of costs. (See *Hunt* v. *Heath, supra,* p. 934, decided herewith.) Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ., concurred.

In the Matter of the Probate of the Last Will and Testament of THEODORE F. CLARK, Deceased. JENNIE CLARK, Respondent, v. GRACE C. JOHNSON, Appellant.— Decree of the Surrogate's Court of Queens county affirmed; with costs. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

LEONORA KNOBLOCK, Appellant, v. EDWARD F. STRINGER and Another, Respondents.— Judgment affirmed, without costs. The findings of fact are amended by adding the following: In consideration of the conveyance, the defendants agreed to pay for the support and maintenance of plaintiff and her husband during their respective lives, and to pay their funeral expenses when they died, to the extent that such support and maintenance should be necessary. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

JOSEPH LEVY, Respondent, v. GERTRUDE HOROWITZ, Appellant.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

BERNARD MARTIN, as Administrator, etc., of SARAH MARTIN, Deceased, Respondent, v. LOUIS ROSENGARTEN, Appellant, and BERT GADDIS, Defendant.— Judgment and order unanimously affirmed by default, with costs. Present — Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ.

ELIZABETH MARTIN, Respondent, v. LOUIS ROSENGARTEN, Appellant, and BERT GADDIS, Defendant.— Judgment and order unanimously affirmed by default, with costs. Present — Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ.

JOHN T. MOHR, Respondent, v. OTTO A. GILLIG and ANNAONE COMPANY, INC., Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

HARRY E. MORROW, Respondent, v. THE GLOBE-WERNICKE COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY JACOBS, Respondent, v. JOHN T. FETHERSTON, Commissioner of the Department of Street Cleaning of the City of New York, and as President and Trustee of the Relief and Pension Fund of the Department of Street Cleaning, Appellant. — Orders affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.